UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SARETHA MAGEE                                                                                PLAINTIFF

V.                                              CIVIL ACTION NO. 3:23-CV-008-KHJ-MTP

NATIONAL GENERAL MANAGEMENT CORP.                              DEFENDANT

ORDER

The parties to the above-captioned action have stipulated to the dismissal of the action with prejudice as to all claims, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing their own costs and fees.

IT IS, THEREFORE, ORDERED that this case is hereby DISMISSED with prejudice.

SO ORDERED, this 30th day of November, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE